WILLIAM TOUHILL, an Infant, by EDWARD A. CULLEN, His Guardian ad Litem, et al., Appellants, v. M. A. HENRY CO., INC., et al., Defendants, and WILLIAM E. ROSCHEN et al., Individually and as Copartners Doing Business as E. F. TIMME & SON, et al., Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Breitel, Bastow and Botein, JJ.

In the Matter of the Estate of NAJEEB KIAMIE, Deceased. FAREED KIAMIE, as Executor of NAJEEB KIAMIE, Deceased, Appellant; COLONIAL TRUST COMPANY, Respondent.— Decree unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Bastow and Botein, JJ. [191 Misc. 179.] [See 284 App. Div. 845.]

THRIFTY OUTLET STORES, INC., et al., Respondents, v. ERWILL REALTY CORP. et al., Appellants.— The complaint is wholly lacking in statements of facts to support the conclusory allegations of fraud. The complaint, therefore, should be dismissed on the motion addressed to its sufficiency. It would hardly be possible to say whether nonstated grounds of complaint are *res judicata* by reason of the numerous prior dispossess proceedings, but the failure of plaintiff to assert any present grounds for complaint as defenses or counterclaims in those proceedings and the belated institution of this action strongly indicate that there is no latent support behind the patent insufficiency of the complaint. Therefore, the dismissal is without leave to amend. Order unanimously reversed, with $20 costs and disbursements to the appellants and the motion granted, and judgment is directed to be entered in favor of the defendants dismissing the complaint herein, with costs. Present — Peck, P. J., Cohn, Breitel, Bastow and Botein, JJ.

In the Matter of the Arbitration between NATHAN KAPLAN et al., as Copartners Doing Business under the Name of PLAS-TRIX COMPANY, Appellants, and HARRY DAVIDOFF, Individually and as President of Amalgamated Workers Union, Local 130, A. F. of L., et al., Respondents. NEW YORK STATE BOARD OF MEDIATION et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ. [See 284 App. Div. 843.]

In the Matter of TIMOTHY J. MARA, Respondent, against JOSEPH D. McGOLDRICK, as State Rent Administrator, et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ.

INTERNATIONAL BOXING CLUB OF NEW YORK, INC., et al., Respondents, v. COMMACK DRIVE-IN THEATRE CORP., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ.